Certificate Number: 05781-CAE-DE-041208245

Bankruptcy Case Number: 26-22649



05781-CAE-DE-041208245

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 15, 2026</u>, at <u>8:30</u> o'clock <u>AM PDT</u>, <u>Laura Medina-Quintana</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of California</u>.

Date:    <u>July 15, 2026</u>         By:      <u>/s/Allison M Geving</u>

                                             Name:   <u>Allison M Geving</u>

                                             Title:    <u>President</u>